**McGREW v. JOHNSTON, Warden.**

Circuit Court of Appeals, Ninth Circuit.

Dec. 23, 1941.

Sam McGrew, in propria persona, for petitioner.

No other appearances were entered.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Petitioner seeks leave to prosecute an appeal in forma pauperis in this court from an order of the District Court denying his application for writ of habeas corpus. A similar application to the trial court was denied. The trial court certified: "As no merit is shown in the proposed appeal, this court certifies that the appeal is so frivolous as to show it was not taken in good faith, 28 U.S.C.A. § 832, and it is therefore denied. DeGroot v. United States [9 Cir.], 88 F.2d 624, Waley v. Johnston [9 Cir.], 104 F.2d 760." Under these circumstances this court has no authority to grant the application. Parker v. Johnston, 9 Cir., 109 F.2d 157; Waley v. Johnston, 9 Cir., 104 F.2d 760; Brown v. Johnston, 9 Cir., 99 F.2d 760; Kelly v. Johnston, 9 Cir., 99 F.2d 582; Stanley v. Swope, 9 Cir., 99 F.2d 308; In re Rolfe, 9 Cir., 97 F.2d 338; Smith v. Johnston, 9 Cir., 109 F.2d 152.

Application denied.